# Richmond

JAMES E. SHEPHERD v. CLINCHFIELD COAL COMPANY.

November 27, 1972.

Record No. 8052.

Present, Snead, C.J., Carrico, Harrison, Cochran, Harman and Poff, JJ.

*T. Munford Boyd; Don R. Pippin*, for appellant.

*J. Thomas Fowlkes (Penn, Stuart & Eskridge*, on brief), for appellee.

Per Curiam.

This appeal is controlled by part I of our opinion in *Doris Williams* v. *Clinchfield Coal Company*, 213 Va. 445, 192 S.E.2d 751, this day decided.

The award of the Industrial Commission of Virginia is, therefore, affirmed.

*Affirmed.*